(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Crystal Alvina Camper

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Deluxe Corporation

_____

Ruth M. Timm

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

Civ. Action No. __22-1138__
(To be assigned by Clerk's Office)

**COMPLAINT**
(Pro Se)

Jury Demand?
☑ Yes
☐ No

*[Filed stamp: 2022 AUG 31 AM 11:32 U.S. DISTRICT COURT DISTRICT OF DELAWARE]*

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

(Del. Rev. 11/14) Pro Se General Complaint Form

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: __Campen, Crystal, A__
Name (Last, First, MI)

__109 Stonebridge blvd__
Street Address

__Newcastle__  __DE__  __19720__
County, City    State    Zip Code

__302-437-4543__    __Crystal.Campen47@gmail.com__
Telephone Number    E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __Timm, Ruth - Deluxe Corp - Senior Corporate Counsel__
Name (Last, First)

__501 Marquette Ave S.__
Street Address

__Minneapolis__  __MN__  __55402__
County, City    State    Zip Code

Defendant 2: __N/A__
Name (Last, First)

__N/A__
Street Address

__N/A__
County, City    State    Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: _____N/A_____
　　　　　　　Name (Last, First)

　　　　　　　_____N/A_____
　　　　　　　Street Address

　　　　　　　____N/A____  ____N/A____  ____N/A____
　　　　　　　County, City　　State　　　Zip Code

Defendant 4: _____N/A_____
　　　　　　　Name (Last, First)

　　　　　　　_____N/A_____
　　　　　　　Street Address

　　　　　　　____N/A____  ____N/A____  ____N/A____
　　　　　　　County, City　　State　　　Zip Code

## II.　BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☑ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

I was discriminated by my Employer (← Deluxe Corporation) due to my elected Race (Black).

Page 3 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

### III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

The discrimination that Im Suing for happend in this district of Newcastle County, State of Delaware

### IV. STATEMENT OF CLAIM

Place(s) of occurrence: ~~Deluxe~~ Deluxe Corporation  409. Whiteclay Center, DR Newark DE 19711

Date(s) of occurrence: multiple dates of Discrimination

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

> **What happened to you?**

I was treated unfairly by my employer on Numerous Occasions. My white Co-Worker were allowed to do thing that I was discipline for. Was told to my white Co-worker to not talk to me. Was disciplined by management when I was to talk

(Del. Rev. 11/14) Pro Se General Complaint Form

but white co-workers were not. Was told I was not allowed ~~to swipe my badge to clock in~~ use the phone to communicate with my sick mom but white co-workers were allowed.

I was Harrassed by H.R manager (white) and my manger (white) neumour times. Was called to Conference Room and Harrased by Both manger for bout 15 min about a Note I knew nothing about. Was asked did I put on co-workers desk. When I ask to see the note, H.R. manger Says, He doesn't have it. Was harrassed about my mom FMLA. Manager ask fom mom DR. Schedule for her appoitments. Hippa Violaton of agains't FMLA Rules. I was affraid to tell HR, manger because he was harassing & dicriminating against me. Fear of Retaliation for yrs. Wage discrimination because of Race. I worked at that Job for 33 yrs. My Salary was $14.50/hr when I was Fired in Feb of 2021. I was fired for calling a Co-Worker/Friend That I worked with for 30yrs to see how she was doing. HR ~~manger~~ manager said I was harrassing her & was terminated →

Was anyone else involved?

(Del. Rev. 11/14) Pro Se General Complaint Form

When Asked why I was being Fired he stated I violated Code of Conduct. When ask what Code of Conduct I violated he stated he didnt know. Gave me my termination papers & I was Fired.

**Who did what?**

I want deluxe to be held accountable for treating (discriminating) me unfairly based on my protected Race. I have suffering financially & more Emotinally from this expereance. I have trouble sleeping & the thought of being Fired for no reason other than my Race, & Being discriminated against ways very heavy on my Emotinally. I wond like to be compensated Finacially for the distress Emotinally that Deluxe has caused me by treating me unfaily because of my Stated Race, Black

Page 6 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

I have sustained Emotional distress for the way I was treated. I have trouble sleeping till this day because of the situation. I currently take trazadone 200mg to sleep. Prescribe by doc. When I wake up at times all I think about is the unfair treatment and discrimination I endured.

## VI. RELIEF

The relief I want the court to order is:

☑  Money damages in the amount of: $ 350,000

☐  Other (explain):

I would also like John Pic manager & Scott Mitchell (HR Rep) to be disciplined for the unfair treatment up to and including termination. HR manager who is suppose to Represent people who have different issues should never ever be allowed to Represent H.R. HR Rep Should Never Harrass or discriminate against and Employee.

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

8/3/2022
Dated

Crystal A. Camper
Plaintiff's Signature

CAMPER, Crystal, A
Printed Name (Last, First, MI)

109 Stonebridge blvd   Newcastle   DE   19720
Address                City        State Zip Code

302-437-4543
Telephone Number

Crystal.Camper47@gmail.com
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Was there anyone else Involved?

There were several employees who witnessed the discrimination & harrasment.

1) NaiLa Dorez - 302-510-7172
2) Sante tesfey - 302-893-0307

Plantif
Crystal Camper
109 Stonebridge Blvd

8-31-2022